UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LYDIA A. TORREZ and BONIFACIO VILLALOBOS,<br><br>            Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No. 1:10-cv-00635-OWW-GSA<br><br>[Assigned for all purposes to the Honorable Oliver W. Wanger]<br><br>**ORDER GRANTING CONTINUANCE OF HEARING DATE ON WELLS FARGO'S MOTION TO DISMISS COMPLAINT**<br><br>Current Date: June 21, 2010<br>Time:            10:00 a.m.<br>Ctrm:            3 |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That the current hearing date of June 21, 2010 for defendant's motion to dismiss is hereby continued to August 9, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **June 18, 2010**                             **/s/ Oliver W. Wanger**
                                                                    UNITED STATES DISTRICT JUDGE