UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LYDIA A. TORREZ and BONIFACIO VILLALOBOS,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants. | Case No. 1:10-cv-00635-OWW-GSA<br><br>[Assigned for all purposes to the Honorable Oliver W. Wanger]<br><br>**ORDER GRANTING CONTINUANCE OF HEARING DATE ON WELLS FARGO'S MOTION TO DISMISS COMPLAINT**<br><br>Current Date:　August 9, 2010<br>Time:　　　　10:00 a.m.<br>Ctrm:　　　　3 |

　　Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

　1. That the current hearing date of August 9, 2010 for defendant's motion to dismiss is hereby continued to October 4, 2010 at 10:00 a.m.

　IT IS SO ORDERED.

　　Dated:　**July 30, 2010**　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE