UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| LYDIA A. TORREZ and BONIFACIO VILLALOBOS,<br><br>               Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A. and DOES 1 through 100, inclusive,<br><br>             Defendants. | Case No. 1:10-cv-00635-OWW-GSA<br><br>[Assigned for all purposes to the Honorable Oliver W. Wanger]<br><br>**ORDER GRANTING STIPULATION TO TAKE HEARING DATE ON MOTION TO DISMISS OFF CALENDAR**<br><br>Current Date: October 4, 2010<br>Time:        10:00 a.m.<br>Ctrm:        3 |

Having read and considered the foregoing Stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. That the hearing date of October 4, 2010 for defendant's motion to dismiss is hereby taken off calendar, due to the pending settlement of this action.

IT IS SO ORDERED.

Dated: **October 1, 2010**     /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1

PROOF OF SERVICE
CASE NO. 1:10-CV-00635-OWW-GSA