UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LYDIA A. TORREZ AND BONIFACIO VILLALOBOS, | ) ) ) ) | 1:10-CV-00635 OWW GSA |
| Plaintiff, | ) ) ) | **ORDER DISMISSING ACTION** |
| v. | ) ) | |
| WELLS FARGO BANK, | ) ) ) | |
| Defendant. | ) ) ) | |

Pursuant to the stipulation of voluntary dismissal filed November 16, 2010 pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   November 18, 2010**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1